1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

FILED
MAR 3 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:08-SW-0089 DAD

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR WARRANT TO SEARCH MySpace.com | ) ) ) ) ) | Case No.  ORDER  **(UNDER SEAL)** |
|---|---|---|

On March 3, 2008, the United States applied for, and this Court issued, a Search Warrant in the above-captioned matter. In its application and affidavit, the United States asked the Court to order MySpace.com not to disclose the existence or content of the Search Warrant, except to the extent necessary to carry out the Search Warrant, pursuant to 18 U.S.C. § 2703(b).

Accordingly, MySpace.com is ordered not to disclose the existence or content of the Search Warrant to the account holder, in accordance with 18 U.S.C. § 2703(b).

IT IS SO ORDERED.

DATED: March 3, 2008

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE