

FILED

MAR 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:08 - SW - 0089 DAD

| | |
|---|---|
| IN THE MATTER OF | Case No. |
| [SEALED] | SEALING ORDER |

Good cause appearing therefor, it is hereby ordered that the documents in the above-captioned matter shall be filed under seal until further order of the Court.

IT IS SO ORDERED.

DATED: March 3, 2008

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

3