```
1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792
```


**FILED**


NOV 1 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-SW-89 DAD |
| Plaintiff, | MOTION TO UNSEAL DOCUMENTS; [PROPOSED] ORDER |
| v. | |
| VENUS LATRES DAWSON, | |
| Defendant. | |

### Motion

On March 3, 2008, this Court issued a search warrant in Case No. 2:08-SW-0089 DAD, upon the application and affidavit of Anton Lovan, Special Agent, Internal Revenue Service, Criminal Investigation Division. Also on March 3, 2008, the Court entered an order sealing the search warrant and the supporting affidavit, the application for sealing order and supporting declaration, and the sealing order.

On October 16, 2008, a federal grand jury indicted Venus Latres Dawson for 25 counts of filing false claim, in violation of 18 U.S.C. § 287, in Case No. 2:08-cr-482 LKK, and the Court issued a warrant. On October 23, 2008, Ms. Dawson was arrested on the

1  warrant. On November 6, 2008, the government provided initial
2  discovery to defense counsel, Joseph Wiseman. There is no longer
3  any need to maintain the search warrant and the associated documents
4  under seal, and the United States needs to supply copies in
5  discovery.

6  Accordingly, the United States respectfully requests that the
7  Court issue the accompanying order unsealing the search warrants and
8  all associated documents.

9  DATED: November 17, 2008                McGREGOR W. SCOTT
                                           United States Attorney

11                                  by     /s/ Samantha S. Spangler
                                           SAMANTHA S. SPANGLER
12                                         Assistant U.S. Attorney

### Order

14  Good cause appearing therefor, it is hereby ordered that the
15  search warrant, affidavit in support, and all related documents in
16  Case No. 2:08-SW-0089 DAD shall be unsealed.

17  DATED: November 17, 2008

                                           _____
                                           DALE A. DROZD
19                                         United States Magistrate Judge

2